IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00732-BNB

SHAUN ERIC BROWN,

    Plaintiff,

v.

MAYOR STEVE BACH,
CHIEF PETER CARIEY,
SGT. MARY G. WALSH 169,
PEACE OFFICER A. CAREY 4156,
PEACE OFFICER S. WREN 4179, and
UNKNOWN AGENTS et al.,

    Defendants.

---

AMENDMENT TO ORDER GRANTING
LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

    Plaintiff, Shaun Eric Brown, is incarcerated at the El Paso County Criminal Justice Center in Colorado Springs, Colorado. When the instant action was filed, the clerk of the Court erroneously indicated that Mr. Brown was a prisoner in the custody of the Colorado Department of Corrections who was incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. That error has been corrected, and Mr. Brown's Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) was granted by an order entered on March 12, 2014 (ECF No. 4).

    On April 17, 2014, Plaintiff filed a motion titled "Motion to Review: Leave to Proceed Prusuant [sic] to 28 U.S.C. § 1915" (ECF No. 15) noting his proper address and bringing to the Court's attention that the copy of the March 12 order (ECF No. 4)

granting him leave to proceed pursuant to § 1915 has not been sent to the El Paso County Criminal Justice Center so that the full filing fee can be collected.

The April 17 motion to review is granted.  Because a copy of the March 12 order was mailed to the Crowley Correctional Facility and has not been mailed to the El Paso County Criminal Justice Center, the Clerk of the Court will be directed to mail a copy of the March 12 order to Plaintiff at the El Paso County Criminal Justice Center, where he is incarcerated.  The Clerk of the Court also will be directed to include on the certificate of mailing for this order the "El Paso Criminal Justice Center Business Office, Attention Inmate Accounts" so that the full filing fee may be collected.

The March 12 order provides that based on information about Plaintiff's financial status, the Court found Plaintiff is able to pay an initial partial filing fee of **$12.00** pursuant to 28 U.S.C. § 1915(b)(1).  Plaintiff has consented to disbursement of partial payments of the filing fee from his prison account, which is at the El Paso County Criminal Justice Center.  Plaintiff is required to pay the full amount of the required $400.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action.

Accordingly, it is

ORDERED that the motion titled "Motion to Review: Leave to Proceed Prusuant [sic] to 28 U.S.C. § 1915" (ECF No. 15) that Plaintiff, Shaun Eric Brown, filed on April 17, 2014, is granted.  It is

FURTHER ORDERED that the order of March 12, 2014 (ECF No. 4), granting Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915 is amended as indicated in this order.  It is

FURTHER ORDERED that the Clerk of the Court mail a copy of this order

together with a copy of the March 12 order to Plaintiff at the El Paso County Criminal Justice Center, where he currently is incarcerated.  It is

FURTHER ORDERED that the Clerk of the Court include on the certificate of mailing for the this order the "El Paso Criminal Justice Center Business Office, Attention Inmate Accounts" so that the full filing fee may be collected.

DATED April 21, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge