**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00732-BNB

SHAUN ERIC BROWN,

    Plaintiff,

v.

MAYOR STEVE BACH,
CHIEF PETER CAREY,
SGT. MARY G. WALSH 169,
PEACE OFFICER A. CAREY 4156,
PEACE OFFICER S. WREN 4179, and
UNKNOWN AGENTS et al.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion (ECF No. 19) asking the Court to order El Paso County to provide him with more mailing envelopes is DENIED.  Plaintiff continues to have thirty days from the date of the order of April 15, 2014 (ECF No. 13) to file an amended Prisoner Complaint as directed.  Failure to do so within the time allowed will result in the dismissal of this action.

Dated:  April 26, 2014