**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00732-BNB

SHAUN ERIC BROWN,

    Plaintiff,

v.

MAYOR STEVE BACH,
CHIEF PETER CAREY,
SGT. MARY G. WALSH 169,
PEACE OFFICER A. CAREY 4156,
PEACE OFFICER S. WREN 4179, and
UNKNOWN AGENTS et al.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion (ECF No. 23) filed on May 28, 2014, and asking the Court to order Defendants to make admissions is DENIED as premature. Plaintiff's motion (ECF No. 22) filed on May 2, 2014, and asking for leave to proceed pursuant to 28 U.S.C. § 1915 is DENIED as moot. Plaintiff was granted leave to proceed pursuant to § 1915 on March 12, 2014. *See* ECF No. 4. No further filings by Plaintiff will be considered by the Court at this time other than the amended Prisoner Complaint Plaintiff filed on May 2, 2014. *See* ECF No. 21.

Dated: May 29, 2014